IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


DELEK LOGISTICS OPERATING, LLC
and COVINGTON COMPANY, INC.                                    PLAINTIFFS


v.                              Case No. 1:21-cv-1003


ST. PAUL AND MARINE INSURANCE COMPANY
and TRAVELERS INDEMNITY COMPANY                               DEFENDANTS


## **ORDER**

Before the Court is a Joint Motion to Remand.  ECF No. 43.  This case was removed to this Court based on diversity jurisdiction.  However, the parties now jointly move the Court to remand the case to state court.  Upon consideration, the Court finds that the Joint Motion to Remand should be and hereby is **GRANTED**, and all other motions pending in this case are **MOOT**. This case is remanded to the Circuit Court of Union County, Arkansas.  Each party shall pay its own attorney's fees and costs.

**IT IS SO ORDERED**, this 19th day of July, 2021.


/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge